# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **8:14CR36** |
| | **)** | |
| **V.** | **)** | |
| | **)** | |
| **AMEN SHERIDAN,** | **)** | **ORDER *NUNC PRO TUNC*** |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

On May 22, 2014, the Court issued an order giving the government until June 12, 2014, to determine whether it would like to introduce certain statements as evidence in this case.  (Filing 35.)  In accordance with 18 U.S.C. § 3161(h), the time between May 22, 2014 and June 12, 2014, will be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  The ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The failure to grant additional time might result in a miscarriage of justice.

        IT IS SO ORDERED.

        DATED May 27, 2014.

                        BY THE COURT:

                        S/ F.A. Gossett
                        **United States Magistrate Judge**