# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR36 |
| vs. | ) | |
| | ) | ORDER |
| AMEN SHERIDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [59] as the government has scheduling conflicts. Counsel needs additional time to explore plea negotiations. The court finds good cause being shown and the trial will be continued. The defendant has previously complied with NECrimR 12.1(a). (See filing [57].)

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 27, 2015 is continued to **April 14, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 14, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 13, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**